IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN RANKIN SR.,

    Plaintiff,　　　　　　　　　　No. CIV-S-05-1869 DFL KJM P

    vs.

TOM CAREY, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

    _____/

    Plaintiff has filed a completed application for writ of habeas corpus in which he challenges the termination of his parental rights. The termination of parental rights may not be challenged through a habeas action. 28 U.S.C. § 2254(a). The court will order the Clerk of the Court to forward plaintiff a copy of the court's form-complaint for violations of civil rights alleged by prisoners under 42 U.S.C. § 1983. Plaintiff may complete the form-complaint within thirty days if he wishes to commence a § 1983 action. Plaintiff is informed that if he decides to proceed with a § 1983 action he will be required to pay the statutory filing fee in effect at the time of filing of this action, $250.00. At a minimum, the court will order that installment payments be forwarded from plaintiff's trust account.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 16, 2005 application for writ of habeas corpus is dismissed;

1

1        2. Plaintiff is granted thirty days from the date of service of this order to file a
2  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
3  Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
4  this case; plaintiff must file an original and two copies of the complaint.  Plaintiff's failure to
5  comply with this order will result in a recommendation that this matter be dismissed; and
6        3. The Clerk of the Court is directed to send plaintiff the court's form for filing a
7  civil rights action.
8  DATED:  May 1, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

rank1869.noc(9.16.05)