IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RANKIN, Sr.,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 2:05-cv-1869 JKS KJM P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 31, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Moreover, even if Plaintiff were to satisfactorily plead a claim based on the termination of his parental rights, it would likely be barred by the *Rooker-Feldman* doctrine.  *See Doe v. Mann*, 415 F.3d 1038, 1041 (9th Cir. 2005).

    Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed January 31, 2007, are adopted in full;

2. This action is dismissed without prejudice pursuant to Local Rule 11-110 and Fed. R. Civ. P. 41(b); and

3. The Clerk shall enter judgment in favor of the Defendants.

Dated this the 15th day of February 2008.

                                                         /s/ James K. Singleton, Jr.
                                                         **JAMES K. SINGLETON, JR.**
                                                         United States District Judge